IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARLTON R. CARTER,

Plaintiff,

vs.

STAUFFERS CAFE,

Defendant.

**8:23CV105**

**MEMORANDUM AND ORDER**

On April 11, 2023, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 9. Upon Plaintiff's request, see Filing No. 10, the deadline to file an amended complaint was extended to May 30, 2023. Filing No. 11 (text order). To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 5th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge